# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DANIEL CASTILLO-ANTONIO, <br><br> Plaintiff, <br><br> v. <br><br> TAK MARKET, INC., and others, <br><br> Defendants. | Case No. 18-cv-01415 NC <br><br> **ORDER OF CONDITIONAL DISMISSAL** <br><br> Re: Dkt. 19 |

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice. In the event that the settlement is not reached, any party may move to reopen the case, provided that such motion is filed by January 31, 2019. All pending deadlines and hearings are VACATED.

IT IS SO ORDERED.

Dated: December 19, 2018

_____
Nathanael M. Cousins
United States Magistrate Judge